

# Missouri Court of Appeals
## Southern District

**MAY 15, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32859

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             CLARK S. WATSON,
             Defendant-Appellant.